PROB 12A
(Rev. 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Karson Adkins                    Case Number: 3:11-00216-01

Name of Sentencing Judicial Officer: Honorable Thomas B. Russell; transferred to Honorable Kevin Sharp, U.S. District Judge

Date of Original Sentence: April 12, 2004

Original Offense: Conspiracy to Manufacture Methamphetamine; Aiding and Abetting Unlawful Possession of Pseudoephedrine; and Aiding and Abetting Unlawful Possession of Equipment, Chemicals, Products, and Materials to Manufacture Methamphetamine

Original Sentence: 120 months' custody followed by 6 years' supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: November 19, 2010

Assistant U.S. Attorney: Not assigned                  Defense Attorney: Jeffery Paul Alford

---

The Court orders:

☐ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other
☒ Association Permitted
☐ Association Denied

Considered this 24 day of July, 2012,
and made a part of the records in the above case.

_____
Kevin Sharp
U. S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place       Clarksville, TN

Date        July 10, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The defendant shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

### Compliance with Supervision Conditions and Prior Interventions:

Karson Adkins was sentenced on April 12, 2004, in the Western District of Kentucky to 120 months' custody to be followed by six years' supervised release for the offenses of Conspiracy to Manufacture Methamphetamine; Aiding and Abetting the Unlawful Possession of Pseudoephedrine; and Aiding and Abetting the Unlawful Possession of Equipment, Chemical, Products, and Materials to Manufacture Methamphetamine.

He began the term of supervised release on November 19, 2010. Jurisdiction was transferred to the Middle District of Tennessee effective October 14, 2011.

Mr. Adkins met Jessica Cook, another federal offender, while both were residents at the residential reentry center, and they began a relationship. Ms. Cook filed a motion in February 2011 seeking permission from the Court to allow contact with Mr. Adkins.

The Court denied the request but stated that the issue would be revisited after six months.

Ms. Cook was granted permission to associate with Karson Adkins by U. S. District Judge Aleta Trauger in August 2011. At that time, jurisdiction of Mr. Adkins' case remained in the Western District of Kentucky.

Mr. Adkins is currently employed and compliant with the conditions of supervision.

### U.S. Probation Officer Recommendation:

This officer has no objection to the requested association and is seeking Your Honor's opinion regarding this matter

This case has been discussed with Assistant U.S. Attorney Jimmie Lynne Ramsaur who agrees with the probation officer's current recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer